# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Schaaf, Gregory R. | **2. Court or Organization**<br><br>U.S. Bankruptcy Court, Eastern District of Kentucky | **3. Date of Report**<br><br>06/02/2016 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>Bankruptcy Court Judge (full time) | **5a. Report Type (check appropriate type)**<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States Bankruptcy Court
PO Box 1111
Lexington, KY 40588-1111

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Director | God's Pantry Food Bank (Lexington, KY) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 06/02/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Sayre School, Lexington, KY, College Counselor/teacher, Salary |
| 2. | 2015 | Atlanta International School, Atlanta, Ga; salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/07-10/10/2014 | Miami, FL | Annual Conference | Hotel |
| 2. | American Inst of CPAs | 11/06-11/10/2015 | Las Vegas, NV | Speaking Engagement at Forensics/Valuation Conf | Hotel, transport, food |
| 3. | American Bankruptcy Institute | 07/22-07/25/2015 | Amelia Island, FL | Speaking Engagement ABI Summer Conference | Hotel, transport, food |
| 4. | American College of Bankruptcy | 03/12-03/14/2015 | Washington, D.C. | Annual Meeting | Hotel, transport, food |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 06/02/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Republic Bank, Cash Account | A | Int./Div. | J | T | | | | | |
| 2. General American Life (whole life) | | None | K | T | | | | | |
| 3. (H)Retirement Account - No. 1 (risk based) (X) | | | | | | | | | |
| 4. -ARTIX (investor cl) | A | Dividend | K | T | Sold (part) | 03/16/15 | J | | |
| 5. | | | | | Sold (part) | 09/15/15 | K | | |
| 6. -DODGX (Stock) | A | Dividend | J | T | Sold (part) | 03/10/15 | J | | |
| 7. | | | | | Buy (add'l) | 03/16/15 | K | | |
| 8. | | | | | Sold (part) | 09/18/15 | K | | |
| 9. -AEPFX (CL F2) | A | Dividend | K | T | Buy (add'l) | 03/10/15 | J | | |
| 10. | | | | | Sold (part) | 03/16/15 | K | | |
| 11. | | | | | Sold (part) | 09/18/15 | K | | |
| 12. -HAINX (Instl Cl) | A | Dividend | K | T | Buy (add'l) | 03/10/15 | J | | |
| 13. | | | | | Sold (part) | 03/16/15 | J | | |
| 14. | | | | | Sold (part) | 09/18/15 | K | | |
| 15. -SBPYX (Clearbridge Small Cap Growth Cl1) | | Dividend | J | T | Sold (part) | 09/18/15 | J | | |
| 16. -PARSX | | Dividend | | | Sold | 03/17/15 | K | | |
| 17. -PELPX (Local Bond CL P) | A | Dividend | J | T | Buy (add'l) | 03/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 03/16/15 | J | | |
| 19. | | | | | Sold (part) | 09/18/15 | J | | |
| 20. -PFBPX (Bond Hedged Cl P) | A | Dividend | K | T | Buy (add'l) | 03/16/15 | J | | |
| 21. | | | | | Sold (part) | 09/18/15 | K | | |
| 22. -TRBCX (Blue Chip Growth) | | Dividend | K | T | Sold (part) | 03/10/15 | J | | |
| 23. | | | | | Buy (add'l) | 03/17/15 | K | | |
| 24. | | | | | Sold (part) | 09/18/15 | K | | |
| 25. -PRSVX (Value) | A | Dividend | J | T | Buy (add'l) | 03/16/15 | J | | |
| 26. | | | | | Sold (part) | 09/18/15 | J | | |
| 27. -HIEMX (Markets Opportunities CL 1) | A | Dividend | L | T | Buy (add'l) | 03/10/15 | J | | |
| 28. | | | | | Sold (part) | 03/16/15 | J | | |
| 29. | | | | | Sold (part) | 09/18/15 | K | | |
| 30. -STDFX (Cap Growth Admin CL) | A | Dividend | K | T | Sold (part) | 03/10/15 | J | | |
| 31. | | | | | Buy (add'l) | 03/17/15 | K | | |
| 32. | | | | | Sold (part) | 09/18/15 | K | | |
| 33. -ESIDX (Int'l Bond Admin Cl) | A | Dividend | J | T | Buy (add'l) | 03/10/15 | J | | |
| 34. | | | | | Buy (add'l) | 03/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 09/18/15 | J | | |
| 36.  -BCOIX | A | Dividend | J | T | Sold (part) | 09/18/15 | J | | |
| 37.  -HWHIX | B | Dividend | K | T | Buy (add'l) | 03/10/15 | J | | |
| 38. | | | | | Sold (part) | 03/16/15 | J | | |
| 39. | | | | | Sold (part) | 09/18/15 | K | | |
| 40.  -Federated Treasury Obligations Fund | A | Int./Div. | J | T | | | | | |
| 41.  -BAUUX | A | Dividend | J | T | Buy | 03/18/15 | K | | |
| 42. | | | | | Sold (part) | 09/18/15 | J | | |
| 43.  (H)Investement Account - No. 1 | | | | | | | | | |
| 44.  -ALU | | | | | Sold | 09/22/15 | J | A | |
| 45.  -CSCO | A | Dividend | J | T | | | | | |
| 46.  -KO | A | Dividend | | | Sold | 09/22/15 | J | C | |
| 47.  -FXD | A | Dividend | J | T | Buy | 09/22/15 | J | | |
| 48.  -FXG | A | Dividend | J | T | Buy | 09/22/15 | J | | |
| 49.  -FDN | | None | J | T | Buy | 09/22/15 | J | | |
| 50.  -FXH | | Dividend | J | T | Buy | 09/22/15 | J | | |
| 51.  -FBT | A | Dividend | J | T | Buy | 09/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Hilliard Lyons Insured at Programs Bank (temporary cash account) | A | Int./Div. | J | T | | | | | |
| 53. (H)Retirement Account - No. 2 (X) | | | | | | | | | |
| 54. -TIAA Trad'l (X) | A | Int./Div. | K | T | | | | | |
| 55. -CREF Stock (X) | B | Int./Div. | K | T | | | | | |
| 56. -TIAA Real Estate (X) | A | Int./Div. | J | T | | | | | |
| 57. -CREF In'l Linked Bond (X) | A | Int./Div. | J | T | | | | | |
| 58. (X)(H)Investment Account - No. 2 | | | | | | | | | |
| 59. -VFIAX | B | Dividend | L | T | | | | | |
| 60. -VEXAX | A | Dividend | K | T | | | | | |
| 61. -VMMXX | B | Dividend | K | T | | | | | |
| 62. -VBTLX | A | Dividend | K | T | | | | | |
| 63. -VTIAX (X) | A | Interest | L | T | | | | | |
| 64. Community Trust Bank | A | Int./Div. | J | T | | | | | |
| 65. (H)Invetsment Account - No. 3 | | | | | | | | | |
| 66. -Oppenhiemer Steelpath MLP Income Fund A (X) | A | Dividend | K | T | | | | | |
| 67. Natwest (Y) | | | | | | | | | |
| 68. PNC Bank | A | Int./Div. | J | T | Open | 07/31/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. (H)Retirement Account - No. 3 (X) | | | | | | | | | |
| 70. ABMD | A | Dividend | J | T | Buy | 09/22/15 | J | | |
| 71. CGNX | A | Dividend | J | T | Buy | 10/14/15 | J | | |
| 72. FXD | A | Dividend | K | T | Buy | 09/22/15 | K | | |
| 73. FXG | A | Dividend | K | T | Buy | 09/22/15 | K | | |
| 74. FDN | A | Dividend | K | T | Buy | 09/22/15 | K | | |
| 75. FXH | A | Dividend | K | T | Buy | 09/22/15 | K | | |
| 76. FBT | A | Dividend | K | T | Buy | 09/22/15 | K | | |
| 77. FBT (Target Hi Quality) | A | Dividend | L | T | Buy | 09/22/15 | L | | |
| 78. FBT (Target Global Dvd Ldrs) | A | Dividend | L | T | Buy | 09/22/15 | L | | |
| 79. GILD | A | Dividend | J | T | Buy | 09/22/15 | J | | |
| 80. GGG | A | Dividend | J | T | Buy | 09/22/15 | J | | |
| 81. IM | A | Dividend | J | T | Buy | 09/22/15 | J | | |
| 82. KBH | A | Dividend | J | T | Buy | 09/22/15 | J | | |
| 83. KFY | A | Dividend | J | T | Buy | 09/22/15 | J | | |
| 84. SAIA | A | Dividend | J | T | Buy | 09/22/15 | J | | |
| 85. SWKS | A | Dividend | J | T | Buy | 09/22/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 06/02/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SMRT | A | Dividend | J | T | Buy | 09/22/15 | J | | |
| 87. TRN | A | Dividend | J | T | Buy | 10/27/15 | J | | |
| 88. FOXA | A | Dividend | J | T | Buy | 09/22/15 | J | | |
| 89. UTHR | A | Dividend | J | T | Buy | 11/24/15 | J | | |
| 90. VLO | A | Dividend | J | T | Buy | 11/24/15 | J | | |
| 91. General American Life (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 3 and 69.  My prior retirment account was split into two separate investment accounts based on advice from my broker.

Part VII, line 67.  I understand this account is closed, but the actual date of closure is not known.  It was also determined the account had a $0 or near $0 balance last year, so it did not require reporting.

Part VII, lines 53-57.  I was able to find out additional information to fill in columns B(1) and (2).

Part VII, Line 63.  I was able to find out additional information to fill in columns B(1) and (2).

Part VII, Line 66.  I was able to find out additional information to fill in columns B(1) and (2).

Part VII, line 91.  This is an insurance policy on the life of a 3d party.  I determined that I am the owner, so this reflects the cash surrender value.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory R. Schaaf**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544